# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE NEFF, <br> 161 Greenlake St <br> Galloway, OH 43119 | **:** <br> <br> **:** | Case No.: <br> <br> **COMPLAINT** |
| Plaintiff, | **:** | **Jury Demand Endorsed Hereon.** |
| vs. | **:** | |
| CAINE & WEINER COMPANY, INC., <br> a foreign corporation <br> 21210 Erwin St <br> Woodland Hills, CA 91367 | **:** <br> <br> **:** <br> <br> **:** | |
| Defendant. | **:** | |

NOW COMES THE PLAINTIFF, MICHELLE NEFF, BY AND THROUGH COUNSEL, and for her Complaint against the Defendant plead as follows:

## **VENUE**

1. Venue is proper in Franklin County, Ohio as the transactions and occurrences which give rise to this action occurred in Galloway, Ohio.

## **PARTIES**

2. Michelle Neff ("Ms. Neff") is an individual residing in Galloway, Ohio in Franklin County.

3. Caine & Weiner Company, Inc. ("Caine & Weiner"), is a foreign corporation that conducts business in the State of Ohio.

## GENERAL ALLEGATIONS

4. Defendant is attempting to collect a debt allegedly owed by Michelle Neff, to Vita-Mix Corporation in the amount of $802.63 ("the alleged Debt").

5. Ms. Neff does not owe the alleged Debt as she is the victim of identity theft.

6. Sometime in 2016, Ms. Neff saw an advertisement on Craiglist for employment, for which she applied.

7. The job on Craigslist involved receiving and shipping consumer goods.

8. Ms. Neff was billed by Vita-Mix for a shipment of goods to her.

9. After Ms. Neff received the shipment from Vita-Mix, the individuals who posted the advertisement on Craigslist became unresponsive to Ms. Neff.

10. On or about May 5, 2017, Ms. Neff received a collection letter from Defendant stating that she owes a balance of $802.63 for the alleged Debt.

11. On May 24, 2017, Ms. Neff filed a police report regarding the alleged Debt, stating that she was a victim of identity theft.

12. On or about July 26, 2017, Ms. Neff received a letter from Defendant offering to settle the alleged Debt for $401.32 by August 25, 2017.

13. Ms. Neff contacted Defendant and explained that she is a victim of identity theft.

14. Defendant asked Ms. Neff to fax the police report to Defendant, which Ms. Neff did.

15. Ms. Neff has suffered pecuniary and emotional damages, as a result of Defendant's actions.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff reincorporates the preceding allegations by reference.

17. At all relevant times Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

18. Ms. Neff is a "consumer" for purposes of the FDCPA and the account at issue in this case is a consumer debt.

19. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

20. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a. 15 U.S.C. §1692e(2)(a) by misrepresenting the character, amount or legal status of any debt. Defendant violated this provision by attempting to collect the fraudulent alleged Debt.

    b. 15 U.S.C. §1692e(10) by using false representations or deceptive practices to collect a debt. Defendant violated this provision by attempting to collect the fraudulent alleged Debt.

    c. 15 U.S.C. §1692f(1) by collecting any amount not permitted by law. Defendant violated this provision by attempting to collect the fraudulent alleged Debt.

21. Ms. Neff has suffered economic, emotional, general and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFFS PRAY THAT THIS COURT** grant her damages plus costs, interest and attorneys' fees as provided by the Fair Debt Collection Practices Act.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for judgment against Defendant for actual damages, statutory damages, damages for pecuniary, economic and emotional damages and loss, attorney's fees and the costs of this action.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

Dated: March 6, 2018                                   Respectfully submitted,

    */s/**Jeffrey S. Berenholz***
Jeffrey S. Berenholz, Esq. (#0070214)
Jeffrey S. Berenholz, LLC
3401 Enterprise Parkway, Suite 340
Beachwood, Ohio 44122
Phone: (216) 766-5766
Fax:     (216) 766-5796
Email: jeff@jeffblaw.com
*Attorney for Plaintiff*